it, and as plaintiff's northwest corner was made by the same grantor to begin in the adjoining land of the railroad company, there seems no serious difficulty in determining the boundary line between the parties, and that plaintiff owns the land in question, as it is easterly of the thirty feet of land which lies east of defendant's center line. Judgment and order of the County Court of Westchester county affirmed, with costs. Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ., concurred.

Michael Zwarich, an Infant, by Parama Zwarich, His Guardian ad Litem, Respondent, v. Brooklyn Cooperage Company, Appellant.— The plaintiff did not sustain the burden of proof. The case made out by plaintiff could at best give rise to two equally probable inferences, one of which would exclude liability on the part of defendant. Judgment and order reversed and new trial granted, costs to abide the event. Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ., concurred.

Fannie Ronca, an Infant, etc., Respondent, v. Wendell & Evan Company, Appellant.— Motion to dismiss appeal denied, on condition that appellant place the case on the December calendar, and bo ready for argument when reached; otherwise, motion granted, with costs. Present — Jenks, P. J., Burr, Thomas, Rich and Putnam, JJ.

Giovanni C. Ronca, Respondent, v. Wendell & Evan Company, Appellant.— Motion to dismiss appeal denied, on condition that appellant place the case on the December calendar, and be ready for argument when reached; otherwise, motion granted, with costs. Present — Jenks, P. J., Burr, Thomas, Rich and Putnam, JJ.

William J. Allgaier, Respondent, v. Cohen, Frank & Company and Others, Appellants.— Order modified, and as modified affirmed, with ten dollars costs and disbursements. The bill of particulars served was a substantial compliance with the order requiring the same, except that there is no statement as to the dates upon which defendant Simon Cohen received commissions upon sales of merchandise made by the defendant corporation, or the amounts thereof. As to this, the motion should have been granted. If plaintiff desires to offer evidence with respect to the matters referred to in subdivision (c) of paragraph 2 of the bill of particulars, upon the trial of this action, he may do so upon serving a further bill of particulars within one month prior to the trial of the said action. Jenks, P. J., Burr, Thomas, Rich and Putnam, JJ., concurred. Order to be settled on notice before Mr. Justice Burr.

Albro J. Newton Company, Appellant, v. Henry Erickson and Others, Respondents.— Order appealed from by plaintiff affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Burr, Thomas, Carr and Rich, JJ., concurred.

Albro J. Newton Company, Respondent, v. Henry Erickson and Others, Appellants.— Judgment affirmed, with costs, upon the authority of Bossert v. Dhuy (166 App. Div. 251), decided herewith. Jenks, P. J., Burr, Thomas, Carr and Rich, JJ., concurred.

Robert McMillan Barrow, Appellant, v. Constance Barrow, Respondent. — Order affirmed, with costs. No opinion. Burr, Thomas, Carr, Rich and Stapleton, JJ., concurred.